UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY NOTO, | |
| Plaintiff, | |
| -against- | 23-CV-2843 (LTS) |
| FEDERAL GOVERNMENT; STATE GOVERNMENT; DEPARTMENT OF HOMELAND SERVICES; ANGEL. CO, | CIVIL JUDGMENT |
| Defendants. | |

For the reasons stated in the June 12, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 12, 2023
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge